GUILLERMO FRANCO, RITA GONZÁLEZ DE FRANCO, LUIS y FÉLIX GONZÁLEZ ORTIZ y DOLORES ALFONSO, demandantes y apelantes, *v.* GUILLERMO OPENHEIMER SALOMÓN, demandado y apelado.

No. 4589.—*Visto:* Junio 4, 1928. *Resuelto:* Julio 28, 1928.

*Arjona & Arjona,* abogados de los apelantes; *Pérez Marchand & Suliveres,* abogados de los apelados.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

■ Los apelantes han admitido substancialmente que han dejado de radicar a tiempo su alegato en este caso. En contestación a la moción de desestimación han radicado una oposición elaborada acompañada de un minucioso *affidavit* de méritos. Si bien no es una excusa legal que los apelantes descansen en que el Secretario de esta corte les avisará la radicación de las transcripciones (véase el caso de *Cosme* v. *Sánchez,* resuelto el 24 del corriente) *per curiam,* sin embargo, el hecho es que el Secretario, como una cortesía, ha tenido la costumbre de notificar a los letrados de las radicaciones. En asuntos de esta clase en ocasiones hemos hecho que nuestra acción dependa de la consideración de los posibles méritos de una apelación.

■ Los apelantes no sólo han presentado excusas más o menos justificables para su demora, sino que también han radicado su alegato. El apelado alega que la apelación es frívola, y si estuviésemos convencidos de que esto es cierto declararíamos con lugar la moción. El apelado no ha analizado el alegato o el caso para tratar de convencernos de que la apelación no es meritoria. En una ocasión el que suscribe tenía la idea de que no había una verdadera causa de acción por razones que los apelantes no han discutido. Sin embargo, la corte, después de hacer un examen de los alegatos, tiene suficientes dudas sobre la frivolidad de la apelación, y por tanto haremos uso de nuestra discreción y oiremos el recurso de apelación sobre sus méritos. *Pagán* v. *Sellés,* 28 D.P.R. 160. El apelado no sufrirá gran perjuicio, ya que no se ha dictado ningún *injunction pendente lite* contra él.

*Debe declararse sin lugar la moción.*